# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Shane Simmons, Chris Cook, Larry Basil,
Jerry Candelaria, Brian Clark, Tim Coggins,
Yvonne Marrone, Thomas Martinez, Steve
McKay, Jack Smith, John Smith, and Paul
Smith, on behalf of themselves and all others
Similarly situated,

        Plaintiffs,

                 Civ. No. 10-3026 (RHK/SER)
                 **ORDER**

v.

Valspar Corporation,

        Defendant.

---

  Plaintiffs' Request for Leave to File Supplemental Documents in Response to Assertions First Raised at the April 1, 2011 Hearing on Plaintiff's Motion for Conditional Certification (Doc. No. 58) is **DENIED**.

Dated: April 8, 2011            s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge